Kyle V. Miller (*pro hac vice*)
kyle.miller@butlersnow.com
James H. Bolin (*pro hac vice*)
jay.bolin@butlersnow.com
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157
Telephone: (601) 948-5711
Facsimile: (601) 985-4500

  *Attorneys for Defendant Madison Ranches, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| MICHAEL PEARSON, JAMES SUTER, SILVIA SUTER, and JEANNIE STRANGE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PORT OF MORROW, LAMB WESTON HOLDINGS, INC., MADISON RANCHES, INC., THREEMILE CANYON FARMS, LLC, BEEF NORTHWEST FEEDERS, LLC, and JOHN DOES 1-10,<br><br>Defendants. | Case No. 2:24-cv-00362-HL<br><br>**UNOPPOSED MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO AMENDED COMPLAINT** |

**LR 7-1(A) CERTIFICATION**

Counsel for Defendants Madison Ranches, Inc., Port of Morrow, Threemile Canyon Farms, LLC, Beef Northwest Feeders, LLC, and Lamb Weston Holdings, Inc. ("Defendants") conferred with counsel for Plaintiffs regarding this motion and Plaintiffs do not oppose the extension requested herein.

## MOTION

Defendants respectfully move for an order under Fed. R. Civ. P. 6(b) extending Defendants' deadline to file responses to Plaintiffs' Amended Complaint (ECF 17) (whether an answer or a motion) by fourteen days to June 24, 2024. Plaintiffs do <u>not</u> oppose this Motion.

## MEMORANDUM IN SUPPORT

1. Plaintiffs filed their original complaint on February 28, 2024. ECF 1.

2. On April 5, 2024, Plaintiffs filed their Amended Complaint. ECF 17.

3. Plaintiffs requested and Defendants Lamb Weston Holdings, Inc., Madison Ranches, Inc., and Beef Northwest Feeders, LLC agreed to waive service, making their original responsive pleading deadline May 24, 2024.

4. Plaintiffs served Defendants Port of Morrow and Threemile Canyon Farms, LLC on April 9, 2024, and their original responsive pleading deadline was April 30, 2024.

5. On April 29, 2024, Defendants jointly moved for the Court to extend the responsive pleadings deadline for all Defendants to June 10, 2024. ECF 21.

6. The Court granted that motion and set June 10, 2024, as the deadline for all Defendants to respond to Plaintiffs' Amended Complaint. ECF 34.

7. Subsequently, Defendants requested that Plaintiffs further agree to extend Defendants' deadline to respond to Plaintiffs' Amended Complaint.

8. Plaintiffs have agreed to extend Defendants' deadline to respond to Plaintiffs' Amended Complaint by 14 days to June 24, 2024.

9. This motion is made in good faith and not for purposes of delay, without waiver of any defense that may be raised in a responsive pleading or motion under Fed. R. Civ. P. 12.

Based on the foregoing, Defendants respectfully request that the Court enter an order extending Defendants' deadline to file responses to the Amended Complaint by 14 days to June 24, 2024.

DATED: June 6, 2024

| | |
|---|---|
| BUTLER SNOW LLP | WINSTON & STRAWN |
| */s/Kyle V. Miller* | */s/Eric White* |
| Kyle V. Miller, *Admitted pro hac vice* | Eric White, *Admitted pro hac vice* |
| kyle.miller@butlersnow.com | ewhite@winston.com |
| James H. Bolin, *Admitted pro hac vice* | Winston & Strawn |
| jay.bolin@butlersnow.com | 35 W. Wacker Drive |
| 1020 Highland Colony Parkway, Suite 1400 | Chicago, IL 60601 |
| Ridgeland, Mississippi 39157 | Telephone: (312) 558-3472 |
| Telephone: (601) 948-5711 | |
| | Amanda Groves, *Admitted pro hac vice* |
| Jennifer L. Gates, OSB No. 050578 | agroves@winston.com |
| jgates@pearllegalgroup.com | Winston & Strawn |
| Pearl Legal Group, PC | 333 South Grand Avenue, 38th Floor |
| 529 SW Third Ave., Suite 600 | Los Angeles, CA 90071 |
| Portland, OR 97204 | Telephone: (213) 615-1851 |
| Telephone: (971) 808-5666 | |
| | Drew Washington, *Admitted pro hac vice* |
| Jeffrey C Misley, OSB No. 850674 | dwashington@winston.com |
| jmisley@sussmanshank.com | Winston & Strawn |
| Steven Cade, OSB No. 106466 | 101 California Street |
| scade@sussmanshank.com | San Francisco, CA 94111 |
| Tab Wood, OSB No. 115604 | Telephone: (415) 591-1475 |
| twood@sussmanshank.com | |
| 1000 SW Broadway Ste 1400 | Bruno Jagelski, OSB No. 903049 |
| Portland OR 97205 | bjagelski@yturrirose.com |
| Telephone: (503) 227-1111 | Yturri Rose, LLP |
| | 89 S.W. 3rd Avenue |
| *Attorneys for Defendant Madison Ranches, Inc.* | PO Box S |
| | Ontario OR 97914 |
| | Telephone: (541) 889-5368 |
| | |
| | *Attorneys for Defendant Lamb Weston Holdings, Inc.* |

3

STOEL RIVES LLP

*/s/ Amy Edwards*
Amy Edwards, OSB No. 012492
amy.edwards@stoel.com
Misha Isaak, OSB No. 086430
misha.isaak@stoel.com
Ariel Stavitsky, OSB No. 175907
ariel.stavitsky@stoel.com
Telephone: (503) 224-3380

*Attorneys for Defendants Port of Morrow and Threemile Canyon Farms, LLC*

DAVIS WRIGHT TREMAINE LLP

*/s/Kevin H. Kono*
Kevin H. Kono, OSB #023528
kevinkono@dwt.com
560 S.W. Tenth Avenue, Suite 700
Portland, Oregon 97205-2771
Telephone: (503) 241-2300

David Ubaldi, *Admitted Pro Hac Vice*
davidubaldi@dwt.com
M. Scott Broadwell, *Admitted Pro Hac Vice*
scottbroadwell@dwt.com
929 108th Avenue
Bellevue, Washington 98004
Telephone: (425) 646-6100

*Attorneys for Defendant Beef Northwest Feeders, LLC*

88077004.v1