**KEVIN H. KONO**, OSB #023528
kevinkono@dwt.com
**P. ANDREW MCSTAY, JR.**, OSB #033997
andymcstay@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
560 S.W. Tenth Avenue, Suite 700
Portland, Oregon 97205-2771
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

**DAVID UBALDI**, *Admitted Pro Hac Vice*
davidubaldi@dwt.com
**M. SCOTT BROADWELL**, *Admitted Pro Hac Vice*
scottbroadwell@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
929 108th Avenue NE
Bellevue, Washington 98004
Telephone:  (425) 646-6100
Facsimile:  (425) 646-6199

      Attorneys for Defendant
      Beef Northwest Feeders, LLC

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PENDLETON DIVISION

| | |
|---|---|
| **MICHAEL PEARSON, JAMES SUTER, and SILVIA SUTER,** and **JEANNIE STRANGE,** on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>**PORT OF MORROW, LAMB WESTON HOLDINGS, INC., MADISON RANCHES, INC., THREEMILE CANYON FARMS, LLC, BEEF NORTHWEST FEEDERS, LLC,** and **JOHN DOES 1-10,**<br><br>      Defendants. | Case No. 2:24-CV-00362-HL<br><br>**NOTICE OF WITHDRAWAL** |

Page 1 – NOTICE OF WITHDRAWAL – MCSTAY

DAVIS WRIGHT TREMAINE LLP
560 S.W. Tenth Avenue, Suite 700
Portland, Oregon  97205-2771
(503) 241-2300 main · (503) 778-5299 fax

PLEASE TAKE NOTICE that P. Andrew McStay, Jr. hereby withdraws as attorney of record for Defendant Beef Northwest Feeders, LLC ("BNW") in the above-entitled matter. Kevin H. Kono, David Ubaldi, and M. Scott Broadwell of Davis Wright Tremaine LLP remain as counsel of record for BNW, and all filings and communications in this matter should continue to be served on them as counsel of record for BNW.

DATED this 10th day of October, 2024.

**DAVIS WRIGHT TREMAINE** LLP

By  s/ P. Andrew McStay, Jr.
**KEVIN H. KONO**, OSB #023528
kevinkono@dwt.com
**P. ANDREW MCSTAY, JR.**, OSB #033997
andymcstay@dwt.com
560 S.W. Tenth Avenue, Suite 700
Portland, Oregon 97205-2771
Telephone: (503) 241-2300

**DAVID UBALDI**, *Admitted Pro Hac Vice*
davidubaldi@dwt.com
**M. SCOTT BROADWELL**, *Admitted Pro Hac Vice*
scottbroadwell@dwt.com
929 108th Avenue
Bellevue, Washington 98004
Telephone:  (425) 646-6100

Attorneys for Defendant Beef Northwest Feeders, LLC

4855-5534-4622v.1 0051834-000036    DAVIS WRIGHT TREMAINE LLP
560 S.W. Tenth Avenue, Suite 700
Portland, Oregon  97205-2771
(503) 241-2300 main · (503) 778-5299 fax