YTURRI ROSE, LLP
Bruno Jagelski, OSB No. 903049
bjagelski@yturrirose.com
89 S.W. 3rd Avenue
PO Box S
Ontario OR 97914
Telephone: (541) 889-5368
Facsimile: (541) 889-2432

WINSTON TAYLOR LLP
Amanda Groves (*pro hac vice*)
Amanda.Groves@winstontaylor.com
Jeff Wilkerson (*pro hac vice*)
Jeff.Wilkerson@winstontaylor.com
Nathan Gilbert (*pro hac vice*)
Nathan.gilbert@winstontaylor.com
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1851
Facsimile: (213) 615-1750

*Attorneys for Defendant Lamb Weston Holdings, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| MICHAEL PEARSON, et al., <br><br> Plaintiffs, <br><br> V. <br><br> PORT OF MORROW, et al., <br><br> Defendants. | Case No.: 2:24-CV-00362-SI <br><br> **NOTICE OF FIRM NAME CHANGE** |

Page 1 - NOTICE OF CHANGE OF FIRM NAME

## NOTICE OF FIRM NAME CHANGE

TO: Clerk of the Court

AND TO: All counsel of record

PLEASE TAKE NOTICE of the change of firm affiliation, addresses, and e-mail addresses

for the below listed counsel for defendant Lamb Weston Holdings, Inc. in this action:

WINSTON TAYLOR LLP
Amanda Groves (admitted *pro hac vice*)
amanda.groves@winstontaylor.com
Jeff Wilkerson (admitted *pro hac vice*)
jeff.wilkerson@winstontaylor.com
Nathan Gilbert (admitted *pro hac vice*)
nathan.gilbert@winstontaylor.com
WINSTON TAYLOR LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071


DATED:   June 29, 2026

_____
Bruno Jagelski, OSB No.903049
bjagelski@yturrurose.com
89 S.W. 3rd Avenue
PO Box S
Ontario, OR 97914
Telephone: 541.889.5368

WINSTON TAYLOR LLP
Amanda Groves (admitted *pro hac vice*)
amanda.groves@winstontaylor.com
Jeff Wilkerson (admitted *pro hac vice*)
jeff.wilkerson@winstontaylor.com
Nathan Gilbert (admitted *pro hac vice*)
nathan.gilbert@winstontaylor.com
WINSTON TAYLOR LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071

*Attorneys for Defendant Lamb Weston
Holdings, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 29, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

***Counsel for Plaintiffs***

Michael A Bliven
Robert Dwyer
Bliven Law Firm, P.C.
704 South Main
Kalispell, MT 59901
Telephone: 406-755-6828
Fax: 406-755-6829
Email: mike@blivenlawfirm.com
Email: rdwyer@blivenlawfirm.com

John Heenan
Heenan & Cook, PLLC
1631 Zimmerman Trail
Ste 1
Billings, MT 59102
406-839-9091
Fax: 406-839-9092
Email: john@lawmontana.com

Steve W. Berman
Meredith Simons
Hagens Berman Sobol Shapiro LLP
1301 2nd Ave.
Suite 2000
Seattle, WA 98101
206-623-7292
Fax: 206-623-0594
Email: steve@hbsslaw.com
Email: merediths@hbsslaw.com

Abigail Pershing
Hagens Berman Sobol Shapiro LLP
301 N. Lake Ave.
Ste #920
Pasadena, CA 91101
213-330-7145
Email: abigailp@hbsslaw.com

***Counsel/or Port of Morrow***

Amy Edwards
Ariel Stavitsky
Misha Isaak
Jacob C. Goldberg
Stoel Rives LLP
760 S.W. Ninth Ave.
Suite 3000
Portland, OR 97205
503-224-3380
Fax: 503-220-2480
Email: amy.edwards@stoel.com
Email: ariel.stavitsky@stoel.com
Email: misha.isaak@stoel.com
Email: jacob.goldberg@stoel.com

***Counsel/or Bee/Northwest Feeders, LLC***

Kevin H. Kono
Davis Wright Tremaine, LLP
560 SW 10th Avenue
Suite 700
Portland, OR 97204
503-241-2300
Fax: 503-778-5299
Email: kevinkono@dwt.com

David Ubaldi
Davis Wright Tremaine, LLP
929 108th Avenue NE
Suite 1500
Bellevue, WA 98004-4786
425-646-6148
Fax: 425-646-6199
Email: davidubaldi@dwt.com

***Counsel/or Madison Ranches, Inc.***

Jennifer L. Gates
Pearl Legal Group PC
529 SW Third Avenue
Suite 600
Portland, OR 97204
971-808-5666
Email: jgates@pearllegalgroup.com

Page 4 - NOTICE OF CHANGE OF FIRM NAME

Jeffrey C. Misley
Steven F. Cade
Sussman Shank, LLP
1000 SW Broadway
Suite 1400
Portland, OR 97205
503-227-1111
Fax: 503-248-0130
Email: scade@sussmanshank.com

James H. Bolin
Kyle Miller
Butler Snow
1020 Highland Colony Parkway
Ste 1400
Ridgeland, MS 39157
601-985-4595
Fax: 601-985-4500
Email: jay.bolin@butlersnow.com
Email: kyle.miller@butlersnow.com

*Counsel/or Threemile Canyon Farms, LLC*

Clifford S. Davidson
Drew L. Eyman
Snell & Wilmer LLP
601 SW Second Avenue, Suite 2000
Portland, OR 97204
503-624-6800
Fax: 503-624-6888
Email: cdavidson@swlaw.com
Email: deyman@swlaw.com

*Counsel for Columbia River Processing, LLC*

Sara C. Cotton
Alex Carroll
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 S.W. Fifth Avenue
Suite 1900
Portland, OR 97204
503-222-9981
Email: scotton@schwabe.com
Email: acarroll@schwabe.com

Page 5 - NOTICE OF CHANGE OF FIRM NAME

*Counsel for Portland General Electric*

Joshua M.F. Sasaki
Trajan Perez
Fabio Dwroschak
Adrian Anderson
Miller Nash LLP
1140 SW Washington Street
Suite 700
Portland, OR 97205
503-224-5858
Fax: 503-224-0155
Email: josh.sasaki@millernash.com
Email: trajan.perez@millernash.com
Email: fabio.dworschak@millernash.com
Email: adrian.anderson@millernash.com

*Co-Counsel/or Lamb Weston Holdings, Inc.*

Amanda L. Groves
Jeff Wilkerson
WINSTON TAYLOR LLP
333 S. Grand Avenue
Los Angeles, CA 90071
213-615-1851
Fax: 213-615-1750
amanda.groves@winstontaylor.com
jeff.wilkerson@winstontaylor.com
nathan.gilbert@winstontaylor.com

DATED:   June 29, 2026

Bruno Jagelski, OSB No.903049
bjagelski@yturrurose.com
89 S.W. 3rd Avenue
PO Box S
Ontario, OR 97914
Telephone: 541.889.5368