YTURRI ROSE, LLP
Bruno Jagelski, OSB No. 903049
bjagelski@yturrirose.com
89 SW Third Ave.
P.O. Box S
Ontario, OR 97914
Telephone: (541) 889-5368
Facsimile: (541) 889-2432

WINSTON TAYLOR LLP
Amanda Groves (*pro hac vice*)
Amanda.Groves@winstontaylor.com
Jeff Wilkerson (*pro hac vice*)
Jeff.Wilkerson@winstontaylor.com
Nathan R. Gilbert (*pro hac vice*)
Nathan.Gilbert@winstontaylor.com
333 South Grand Ave., 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1851
Facsimile: (213) 615-1750

*Attorneys for Defendant*
*Lamb Weston Holdings, Inc.*

IN THE UNITED STATES DISTRICT COURT

OF THE STATE OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| MICHAEL PEARSON, ROSA CAVASOS, JEFFREY FLEMING, JON HALEY, JAMES SUTER, SILVA SUTER, and JACKIE BLODGETT, on behalf of themselves and all others similarly situated, | Case No. 2:24-cv-00362-SI |
| Plaintiffs, | LAMB WESTON HOLDINGS, INC.'S THIRD-PARTY COMPLAINT |
| v. | |
| PORT OF MORROW; LAMB WESTON HOLDINGS, INC.; MADISON RANCHES, INC.; THREEMILE CANYON FARMS, LLC; PORTLAND GENERAL ELECTRIC COMPANY; and COLUMBIA RIVER PROCESSING, LLC, | JURY TRIAL DEMANDED |

1
LAMB WESTON HOLDINGS, INC.'S THIRD-PARTY COMPLAINT

Defendants.

LAMB WESTON HOLDINGS, INC.,

        Third-Party Plaintiff,

    v.

DOE THIRD-PARTY DEFENDANTS 1
THROUGH 100

        Third-Party Defendants.

Pursuant to Federal Rule of Civil Procedure 14(a)(1), Defendant and Third-Party Plaintiff Lamb Weston Holdings, Inc. ("Lamb Weston") files this Third-Party Complaint against Doe Third-Party Defendants 1 through 100 ("Doe Third-Party Defendants"). This Third-Party Complaint is filed within 14 days after Lamb Weston served its Answer to the operative Third Amended Complaint (the "TAC") filed by plaintiffs ("Plaintiffs"), and is therefore filed as of right under Rule 14(a)(1), without leave of court. Lamb Weston denies that it has caused or contributed to any injury alleged by Plaintiffs, and Lamb Weston asserts this Third-Party Complaint in the alternative and solely to the extent Lamb Weston is found liable to Plaintiffs. In support of this Third-Party Complaint, Lamb Weston alleges as follows:

## NATURE OF THE CLAIM

1. Plaintiffs allege that nitrate contamination in the Lower Umatilla Basin Groundwater Management Area (the "LUBGWMA") has rendered their drinking water unsafe, and they seek to hold Lamb Weston jointly and severally liable for that contamination under the Resource Conservation and Recovery Act ("RCRA"), 42 U.S.C. § 6972(a)(1)(B), and under Oregon law, which Lamb Weston denies.

2. Plaintiffs' hydrogeology expert, Dr. Laton, opines that alleged nitrate contamination in the LUBGWMA is the cumulative result of nitrogen and nitrate loading from many sources— including irrigated agriculture, the use of synthetic nitrogen fertilizers, septic systems, urban

stormwater systems, and natural sources—across an area encompassing approximately 180,000 acres.

3. To the extent Lamb Weston is found liable, which Lamb Weston denies, the many other persons and entities that have contributed to the alleged endangerment and contamination, including other as of yet unidentified contributors within the LUBGWMA—would be liable with Lamb Weston and must bear their equitable share. Lamb Weston asserts this Third-Party Complaint to ensure that liability and fault are apportioned among all responsible parties, including those whose identities are not yet known to Lamb Weston.

## PARTIES

4. Third-Party Plaintiff Lamb Weston is a corporation incorporated in Delaware with its principal place of business in Idaho.

5. Doe Third-Party Defendants are individual persons, business entities, or governmental entities whose identities and/or contributions and potential liability are presently unknown to Lamb Weston who, through their activities or practices, have contributed nitrogen or nitrate to the groundwater of the LUBGWMA.

## JURISDICTION AND VENUE

6. This Court has supplemental jurisdiction over Lamb Weston's third-party claim under 28 U.S.C. § 1367(a) because that claim forms part of the same case or controversy as Plaintiffs' claims against Lamb Weston's and arises from the same alleged nitrate contamination of the LUBGWMA at issue in the TAC.

7. Venue is proper in this district under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to this claim occurred in this district and the property and groundwater at issue are located in this district.

## GENERAL ALLEGATIONS

8. The LUBGWMA encompasses approximately 180,000 acres of irrigated agriculture. Many additional individuals, businesses, and governmental entities within the area engage in

LAMB WESTON HOLDINGS, INC.'S THIRD-PARTY COMPLAINT

activities and practices that release nitrogen and nitrate into the soil and groundwater according to Plaintiffs' own theory of the case.

9. The alleged nitrate contamination of the LUBGWMA is therefore the result of contributions by numerous independent sources over many decades, including the Doe Third-Party Defendants. To the extent Lamb Weston is found liable to Plaintiffs under RCRA or Oregon law, which Lamb Weston denies, the Doe Third-Party Defendants are jointly responsible for the alleged endangerment and contamination and must bear their equitable share of any liability or relief.

### THIRD-PARTY CLAIM
#### (Contribution Under ORS 31.800)
#### (Against Doe Third-Party Defendants)

10. Lamb Weston realleges and incorporates by reference each of the foregoing paragraphs as though fully set forth herein.

11. Accepting Plaintiffs' theory of liability and groundwater flow purely for purposes of this Third-Party Claim, Doe Third-Party Defendants have increased nitrate loading in the LUBGWMA and contributed to the nitrate contamination alleged in the TAC.

12. To the extent Lamb Weston is found liable in tort to Plaintiffs or the putative class members for injuries caused by nitrate contamination, which Lamb Weston denies, Doe Third-Party Defendants are jointly and/or severally liable in tort for the same injuries, and Lamb Weston is entitled to contribution from them under ORS 31.800 for any amount Lamb Weston pays in excess of its proportional share of the common liability.

13. Lamb Weston asserts only a claim for contribution under Oregon law against Doe Third-Party Defendants at this time. Lamb Weston may assert this contribution claim before any judgment or discharge of the common liability, and the running of any statute of limitations on Plaintiffs' claims against Doe Third-Party Defendants does not bar Lamb Weston's claim for contribution, *see* ORS 31.810(5).

LAMB WESTON HOLDINGS, INC.'S THIRD-PARTY COMPLAINT

14. Lamb Weston also reserves the right to amend this Third-Party Complaint to assert a claim under RCRA, 42 U.S.C. § 6972(a)(1)(B) following the required 90-day pre-suit notice under 42 U.S.C. § 6972(b)(2)(A) and 40 C.F.R. § 254.3.

## JURY DEMAND

Lamb Weston hereby demands a jury trial on all issues triable by right.

## PRAYER FOR RELIEF

WHEREFORE, Lamb Weston prays for judgment on this Third-Party Complaint as follows:

A.     For a declaration that Doe Third-Party Defendants are liable as contributors to any nitrate endangerment or tortious contamination found to exist, and that Lamb Weston's liability, if any, is several and limited to its equitable share;

B.     For contribution from Doe Third-Party Defendants for any amount Lamb Weston is required to pay or expend in excess of its equitable share of any common liability or abatement;

C.     For an apportionment of fault and responsibility among all liable persons and entities;

D.     For Lamb Weston's costs of suit as permitted by law; and

E.     For such other and further relief as the Court deems just and equitable.

Dated: July 14, 2026                                          YTURRI ROSE, LLP

                                                             /s/ Bruno Jagelski
                                                             Bruno Jagelski, OSB No. 903049
                                                             bjagelski@yturrirose.com
                                                             89 S.W. 3rd Avenue PO Box S
                                                             Ontario, OR 97914
                                                             Telephone: (541) 889-5368
                                                             Facsimile: (541) 889-2432

                                                             WINSTON TAYLOR LLP
                                                             Amanda Groves (*pro hac vice*)
                                                             Amanda.Groves@winstontaylor.com

5
LAMB WESTON HOLDINGS, INC.'S THIRD-PARTY COMPLAINT

Jeff Wilkerson (*pro hac vice*)
Jeffrey.Wilkerson@winstontaylor.com
Nathan R. Gilbert (*pro hac vice*)
Nathan.Gilbert@winstontaylor.com
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1851
Facsimile: (213) 615-1750

Attorneys for Defendant
LAMB WESTON HOLDINGS, INC.

6
LAMB WESTON HOLDINGS, INC.'S THIRD-PARTY COMPLAINT

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2026, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which will send notification of such filing to the

following:

**Counsel for Plaintiffs**

Michael A Bliven
Bliven Law Firm, PC
704 South Main
Kalispell, MT 59901
Tel.: 406-755-6828
Email: mike@blivenlawfirm.com

Robert F. Dwyer III
Bliven Law Firm, PC
202 North Main Street, Suite 1
Boardman, OR 97818
Tel.: (406) 755-6828
Email: rdwyer@blivenlawfirm.com

John Heenan
Heenan & Cook, PLLC
1631 Zimmerman Trail, Suite 1
Billings, MT 59102
Tel. 406-839-9091
Email: john@lawmontana.com

Steve W. Berman
Meredith Simons
Sydney K. Thomas
Hagens Berman Sobol Shapiro LLP
1301 2nd Ave., Suite 2000
Seattle, WA 98101
Tel.: 206-623-7292
Email: steve@hbsslaw.com
Email: merediths@hbsslaw.com
Email: sydney.thomas@hbsslaw.com

Nathan Emmons
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708 628-4957
Email: nathane@hbsslaw.com

**Counsel for Port of Morrow**

Amy Edwards
Misha Isaak
Ariel Stavitsky
Stoel Rives LLP
760 S.W. Ninth Ave., Suite 3000
Portland, OR 97205
Tel.: 503-224-3380
Email: amy.edwards@stoel.com
Email: misha.isaak@stoel.com
Email: ariel.stavitsky@stoel.com

**Counsel for Columbia River Processing, LLC**

Sara C. Cotton
Alex Carroll
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 S.W. Fifth Avenue, Suite 1900
Portland, OR 97204
Tel.: 503.222.9981
Email: scotton@schwabe.com
Email: acarroll@schwabe.com

**Counsel for Portland General Electric**

Joshua M.F. Sasaki
Trajan Perez
Fabio Dwroschak,
Adrian Anderson
Miller Nash LLP
1140 SW Washington Street, Suite 700
Portland, OR 97205
Tel.: 503.224.5858
Email: josh.sasaki@millernash.com
Email: trajan.perez@millernash.com
Email: fabio.dworschak@millernash.com
Email: adrian.anderson@millernash.com

CERTIFICATE OF SERVICE

*Counsel for Madison Ranches, Inc.*

Jennifer L. Gates
Heather C. Doherty
Pearl Legal Group PC
529 SW Third Ave., Suite 600
Portland, OR 97204
Tel.: 971-808-5666
Email: jgates@pearllegalgroup.com
Email: htourgee@pearllegalgroup.com

Jeffrey C. Misley
Steven F. Cade
Sussman Shank, LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205
Tel.: 503-227-1111
Email: scade@sussmanshank.com
Email: jmisley@sussmanshank.com

James H. Bolin
Kyle Miller
Bulter Snow
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Tel.: 601-985-4595
Email: jay.bolin@butlersnow.com
Email: kyle.miller@butlersnow.com

*Counsel for Threemile Canyon Farm LLC*

Clifford S. Davidson
Drew L. Eyman
Snell & Wilmer LLP
601 SW Second Avenue, Suite 2000
Portland, OR 97204-3229
Tel.: 503.624.6800
cdavidson@swlaw.com
deyman@swlaw.com

John F. Stoviak
Erin Westbrook
Kayleigh Keilty
Jim Morsch
Saul Ewing LLP
1200 Liberty Ridge Drive, Suite 200
Wayne, PA 19087-5569
Tel.: 610.251.5050
john.stoviak@saul.com
erin.westbrook@saul.com
kayleigh.keilty@saul.com
jim.morsch@saul.com

CERTIFICATE OF SERVICE