YTURRI ROSE, LLP
Bruno Jagelski, OSB No. 903049
bjagelski@yturrirose.com
89 SW Third Ave.
P.O. Box S
Ontario, OR 97914
Telephone: (541) 889-5368
Facsimile: (541) 889-2432

WINSTON TAYLOR LLP
Amanda Groves (*pro hac vice*)
Amanda.Groves@winstontaylor.com
Jeff Wilkerson (*pro hac vice*)
Jeff.Wilkerson@winstontaylor.com
Nathan R. Gilbert (*pro hac vice*)
Nathan.Gilbert@winstontaylor.com
333 South Grand Ave., 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1851
Facsimile: (213) 615-1750

*Attorneys for Defendant*
*Lamb Weston Holdings, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| MICHAEL PEARSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PORT OF MORROW, et al., <br><br> Defendants. <br><br><br> LAMB WESTON HOLDINGS, INC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> J.R. SIMPLOT COMPANY, LLC and | Case No. 2:24-CV-00362-SI <br><br> **LAMB WESTON HOLDINGS, INC.'S AMENDED THIRD-PARTY COMPLAINT** <br><br><br><br> DEMAND FOR JURY TRIAL |

1

LAMB WESTON HOLDINGS, INC.'S AMENDED THIRD-PARTY COMPLAINT

SHEARER'S FOODS, LLC,

        Third-Party Defendants.

Pursuant to Federal Rule of Civil Procedure 14(a), Defendant and Third-Party Plaintiff Lamb Weston Holdings, Inc. ("Lamb Weston") files this Amended Third-Party Complaint against J.R. Simplot Company, LLC ("JR Simplot"), and Shearer's Foods, LLC ("Shearer's"), collectively (the "Third-Party Defendants"). This Amended Third-Party Complaint is filed within 21 days after Lamb Weston served its Third-Party Complaint, and is therefore filed as of right under Rule 15(a)(1), without leave of court. Lamb Weston denies that it has caused or contributed to any injury alleged by Plaintiffs, and Lamb Weston asserts this Third-Party Complaint in the alternative and solely to the extent Lamb Weston is found liable to Plaintiffs. In support of this Third-Party Complaint, Lamb Weston alleges as follows:

## NATURE OF THE CLAIM

1. Plaintiffs in this putative class action allege that nitrate contamination in the Lower Umatilla Basin Groundwater Management Area (the "LUBGWMA") has rendered their drinking water unsafe, and they seek to hold Lamb Weston, in addition to certain other parties, liable for that contamination under the Resource Conservation and Recovery Act ("RCRA"), 42 U.S.C. § 6972(a)(1)(B), and under Oregon law, which Lamb Weston denies.

2. Plaintiffs' hydrogeology expert, Dr. Laton, opines that alleged nitrate contamination in the LUBGWMA is the cumulative result of nitrogen and nitrate loading from many sources—including irrigated agriculture, the use of synthetic nitrogen fertilizers, septic systems, urban stormwater systems, and natural sources—across an area encompassing approximately 180,000

LAMB WESTON HOLDINGS, INC.'S AMENDED THIRD-PARTY COMPLAINT

acres. Two such potential sources include JR Simplot and Shearer's, though Plaintiffs failed to name either of these as parties to their third amended complaint ("TAC").

3. To the extent Plaintiffs' TAC and expert's theory result in a finding of liability against Lamb Weston, which Lamb Weston denies, JR Simplot and Shearer's may have contributed to the alleged contamination and would thus be liable with Lamb Weston and must bear their equitable share. Lamb Weston asserts this Amended Third-Party Complaint to ensure that liability and fault, if any are found as to Lamb Weston, are apportioned among all responsible parties.

## PARTIES

4. Third-Party Plaintiff Lamb Weston is a corporation incorporated in Delaware with its principal place of business in Idaho.

5. JR Simplot is a limited liability company formed in Nevada that has its principal place of business in Idaho. As relevant here, JR Simplot operated a facility in Eastern Oregon where potato products were prepared and packaged. JR Simplot land applied process water generated from the facility on multiple sites in or adjacent to Plaintiffs' alleged class area, including the Simplot Expansion Site, Simplot Plant Sites, and Simplot Terrace Site. The Simplot Expansion Site is located immediately northeast of Madison Ranches and is largely within the Plaintiffs' alleged class area. The Simplot Plant Site is immediately to the east of the alleged class area on the Umatilla River.

6. Shearer's is incorporated in Ohio and has its principal place of business in Ohio. As relevant here, Shearer's or its predecessor, SnakCorp, Inc., then Snack Alliance, Inc., operated the Snack Alliance Site, which is northeast of Madison Ranches, adjacent to the Umatilla River, and within Plaintiffs' alleged class area. It received process water that it land applied from a food processing plant.

LAMB WESTON HOLDINGS, INC.'S AMENDED THIRD-PARTY COMPLAINT

## JURISDICTION AND VENUE

7. This Court has supplemental jurisdiction over Lamb Weston's third-party claim under 28 U.S.C. § 1367(a) and venue is proper under 28 U.S.C. § 1391(b) because that claim forms part of the same case or controversy as Plaintiffs' claims against Lamb Weston and arises from the same alleged nitrate contamination of the LUBGWMA at issue in the TAC.

## GENERAL ALLEGATIONS

8. The LUBGWMA encompasses approximately 180,000 acres of irrigated agriculture. Many additional individuals, businesses, and governmental entities within the area engage in activities and practices that release nitrogen and nitrate into the soil and groundwater according to Plaintiffs' own expert report.

9. The alleged nitrate contamination of the LUBGWMA is therefore the result of contributions by numerous independent sources over many decades, including the Third-Party Defendants. To the extent Lamb Weston is found liable to Plaintiffs under Oregon law, which Lamb Weston denies, the Third-Party Defendants are jointly or severally responsible for the alleged endangerment and contamination and must bear their equitable share of any liability or relief.

## FACTUAL BACKGROUND

### A. JR Simplot

10. Beginning in 1977, process wastewater generated at the JR Simplot facility was land applied to the Simplot Plant Site, expanding to the Terrace Site in 1981, the Expansion Site in 1991, and the Levy Site in 2002. JR Simplot's wastewater system handled approximately 2.35 million gallons per day. The facility permanently shut down in 2004, but JR Simplot continues to farm the sites and operate under a wastewater disposal permit.

4

LAMB WESTON HOLDINGS, INC.'S AMENDED THIRD-PARTY COMPLAINT

11. The Simplot Expansion Site is located immediately northeast of Madison Ranches and largely within the class area. The Simplot Plant Site is located east of the class area on the Umatilla River and upgradient of portions of the class area. The Simplot Terrace Site is located east of the class area and upgradient of the alleged class area according to Plaintiffs' own expert's model.

12. In 2000, JR Simplot land applied approximately 616 million gallons of wastewater. The average total nitrogen concentration in process water from the JR Simplot facility between 1991 and 2000 was 146 mg/L.

13. Assuming the average total nitrogen concentration in 2000 was the same as the average concentration for 1991 to 2000, the nitrogen loading from land application of process water at the Simplot Expansion and Simplot Plant sites in 2000 could be approximately 562,000 lbs. In comparison, the combined nitrogen loading from land application of process water from the Lamb Weston Hermiston facility at North Farm and Madison Ranch in 2000 was approximately 468,000 lbs. Nitrate concentrations in groundwater at the Simplot Expansion Site range approximately from 0.1 mg/L to 57.6 mg/L. And nitrate concentrations in groundwater at the Simplot Plant Site range approximately from 0.05 mg/L to 100 mg/L. The EPA's maximum contaminant level ("MCL") is 10 mg/L.

14. Based on nitrate levels in groundwater at the sites, the Oregon Department of Environmental Quality ("DEQ") concluded that land application at the sites has impacted groundwater quality.

15. Process water from JR Simplot is also received and land-applied by Madison Ranches.

16. The DEQ recently issued JR Simplot a penalty for alleged exceedances of the agronomic rates.

LAMB WESTON HOLDINGS, INC.'S AMENDED THIRD-PARTY COMPLAINT

**B. Shearer's (Snack Alliance Site)**

17. Shearer's Snack Alliance site (formerly known as the Snakcorp site) was a potato chip and cheese puff processing plant and wastewater treatment facility that operated seasonally and generated wastewater from potato washing, peeling, slicing, waste elimination, and starch recovery.

18. Shearer's Snack Alliance site is located northeast of Madison Ranches, adjacent to the Umatilla River, and upgradient of portions of the class area.

19. Between 1997 and 2022, Shearer's and its predecessors' process water was land applied at the facility's land application site on approximately 301 acres of cropland. Between 2001 and 2010, annual wastewater application volumes ranged from approximately 28.6 to 40 million gallons, and annual nitrogen loadings over that same time ranged from 34,784 to 55,544 lbs. Nitrogen concentrations in groundwater at the site range approximately from 0.7 mg/L to 128.2 mg/L.

20. The DEQ has concluded that operations at this site had impacted groundwater quality based on nitrate levels at the site.

**COUNT I**

**APPORTIONMENT OF FAULT UNDER ORS 31.600**

(Against All Third-Party Defendants)

21. Lamb Weston incorporates by reference each of the foregoing paragraphs as though fully set forth herein.

22. This Count is pled solely in the alternative. Lamb Weston expressly denies liability to Plaintiffs. The allegations in this Count are asserted solely for the purpose of establishing the right

6

LAMB WESTON HOLDINGS, INC.'S AMENDED THIRD-PARTY COMPLAINT

to apportionment of fault under ORS 31.600, to the extent Lamb Weston is found liable under Plaintiffs' theories.

23. Accepting Plaintiffs' and their expert's theory of liability and groundwater flow purely for purposes of this Third-Party Complaint, JR Simplot and Shearer's have increased nitrate loading in the LUBGWMA and contributed to the nitrate contamination alleged in Plaintiffs' complaint.

24. Plaintiffs allege that conduct—specifically the land application of nitrogen-bearing wastewater, the disposal of nitrogen-bearing waste, and the application of fertilizer to agricultural land within the LUBGWMA—gives rise to liability under Oregon tort law for contamination of groundwater with nitrates and nitrite.

25. Each of the Third-Party Defendants also engaged in the generation, handling, storage, treatment, transportation, land application, or disposal of nitrogen-bearing wastewater, waste, or materials within or adjacent to the LUBGWMA, as alleged above.

26. If the conduct described by Plaintiffs and their expert gives rise to tort liability to Defendants as Plaintiffs allege (see Plaintiffs' claims in the TAC Negligence, Negligence Per Se for Violation of ORS 468B.025(1)(b), Negligence Per Se for Violation of ORS 468B.025(2), Trespass and Private Nuisance), then each Third-Party Defendant also is liable in tort under the same theories asserted by Plaintiffs against Lamb Weston and must bear its proportionate share of any fault or liability as determined by the factfinder under ORS 31.600 et seq.

27. Lamb Weston is entitled to a verdict form and jury instruction that place each Third-Party Defendant on the verdict form for purposes of fault apportionment under ORS 31.600 et seq., such that the factfinder determines the percentage of fault attributable to each party, including Third-Party Defendants, with respect to the alleged contamination at issue.

LAMB WESTON HOLDINGS, INC.'S AMENDED THIRD-PARTY COMPLAINT

## COUNT II

## CONTRIBUTION UNDER ORS 31.800

(Against All Third Parties—Pled in the Alternative)

28. Lamb Weston realleges and incorporates by reference each of the foregoing paragraphs as though fully set forth herein.

29. This Count is pled expressly in the alternative pursuant to Fed. R. Civ. P. 8(d)(2) and (3).

30. To the extent Lamb Weston is found liable in tort to Plaintiffs or the putative class members for injuries caused by nitrate contamination, which Lamb Weston denies, the Third-Party Defendants are jointly and/or severally liable in tort for the same injuries, and Lamb Weston will be entitled to contribution from them under ORS 31.800 for any amount Lamb Weston pays in excess of its proportional share of the common liability.

31. This contribution claim is not yet ripe and is included solely as a protective, alternative theory consistent with Oregon practice.

## RESERVED RCRA CLAIM

32. Lamb Weston also reserves the right to amend this Third-Party Complaint to assert a claim against any or all Third-Party Defendants under RCRA, 42 U.S.C. § 6972(a)(1)(B) following the required 90-day pre-suit notice under 42 U.S.C. § 6972(b)(2)(A) and 40 C.F.R. § 254.3.

## JURY DEMAND

Lamb Weston hereby demands a jury trial on all issues triable by right against JR Simplot and Shearer's.

8

LAMB WESTON HOLDINGS, INC.'S AMENDED THIRD-PARTY COMPLAINT

**PRAYER FOR RELIEF**

WHEREFORE, Lamb Weston prays for judgment on this Third-Party Complaint as follows:

A.  For a declaration that JR Simplot and Shearer's are liable as contributors to any nitrate endangerment or tortious contamination found to exist, and that Lamb Weston's liability, if any, is several and limited to its equitable share;

B.  For an apportionment of fault and responsibility among all liable persons and entities pursuant to ORS 31.600 et seq.;

C.  In the alternative, contribution from each Third-Party Defendant under ORS 31.800 for any amount Lamb Weston is required to pay or expend in excess of its equitable share of any common liability or abatement;

D.  For Lamb Weston's costs of suit as permitted by law; and

E.  For such other and further relief as the Court deems just and equitable.

Dated: August 4, 2026

YTURRI ROSE, LLP

/s/ Bruno Jagelski
Bruno Jagelski, OSB No. 903049
bjagelski@yturrirose.com
89 S.W. 3rd Avenue PO Box S
Ontario, OR 97914
Telephone: (541) 889-5368

WINSTON TAYLOR LLP
Amanda Groves (*pro hac vice*)
Amanda.Groves@winstontaylor.com
Jeff Wilkerson (*pro hac vice*)
Jeffrey.Wilkerson@winstontaylor.com
Nathan R. Gilbert *(pro hac vice)*
Nathan.Gilbert@winstontaylor.com
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1851
Attorneys for Defendant
LAMB WESTON HOLDINGS, INC.

LAMB WESTON HOLDINGS, INC.'S AMENDED THIRD-PARTY COMPLAINT

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

*Counsel for Plaintiffs*

Michael A Bliven
Bliven Law Firm, PC
704 South Main
Kalispell, MT 59901
Tel.: 406-755-6828
Email: mike@blivenlawfirm.com

Robert F. Dwyer III
Bliven Law Firm, PC
202 North Main Street, Suite 1
Boardman, OR 97818
Tel.: (406) 755-6828
Email: rdwyer@blivenlawfirm.com

John Heenan
Heenan & Cook, PLLC
1631 Zimmerman Trail, Suite 1
Billings, MT 59102
Tel. 406-839-9091
Email: john@lawmontana.com

Steve W. Berman
Meredith Simons
Sydney K. Thomas
Hagens Berman Sobol Shapiro LLP
1301 2nd Ave., Suite 2000
Seattle, WA 98101
Tel.: 206-623-7292
Email: steve@hbsslaw.com
Email: merediths@hbsslaw.com
Email: sydney.thomas@hbsslaw.com

Nathan Emmons
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4957
Email: nathane@hbsslaw.com

*Counsel for Port of Morrow*

Amy Edwards
Misha Isaak
Ariel Stavitsky
Stoel Rives LLP
760 S.W. Ninth Ave., Suite 3000
Portland, OR 97205
Tel.: 503-224-3380
Email: amy.edwards@stoel.com
Email: misha.isaak@stoel.com
Email: ariel.stavitsky@stoel.com

*Counsel for Columbia River Processing, LLC*

Sara C. Cotton
Alex Carroll
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 S.W. Fifth Avenue, Suite 1900
Portland, OR 97204
Tel.: 503.222.9981
Email: scotton@schwabe.com
Email: acarroll@schwabe.com

*Counsel for Portland General Electric*

Joshua M.F. Sasaki
Trajan Perez
Fabio Dwroschak,
Adrian Anderson
Miller Nash LLP
1140 SW Washington Street, Suite 700
Portland, OR 97205
Tel.: 503.224.5858
Email: josh.sasaki@millernash.com
Email: trajan.perez@millernash.com
Email: fabio.dworschak@millernash.com
Email: adrian.anderson@millernash.com

*Counsel for Madison Ranches, Inc.*

Jennifer L. Gates
Heather C. Doherty
Pearl Legal Group PC
529 SW Third Ave., Suite 600
Portland, OR 97204
Tel.: 971-808-5666
Email: jgates@pearllegalgroup.com
Email: htourgee@pearllegalgroup.com

Jeffrey C. Misley
Steven F. Cade
Sussman Shank, LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205
Tel.: 503-227-1111
Email: scade@sussmanshank.com
Email: jmisley@sussmanshank.com

James H. Bolin
Kyle Miller
Butler Snow
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Tel.: 601-985-4595
Email: jay.bolin@butlersnow.com
Email: kyle.miller@butlersnow.com

*Counsel for Threemile Canyon Farm LLC*

Clifford S. Davidson
Drew L. Eyman
Snell & Wilmer LLP
601 SW Second Avenue, Suite 2000
Portland, OR 97204-3229
Tel.: 503.624.6800
cdavidson@swlaw.com
deyman@swlaw.com

John F. Stoviak
Erin Westbrook
Kayleigh Keilty
Jim Morsch
Saul Ewing LLP
1200 Liberty Ridge Drive, Suite 200
Wayne, PA 19087-5569
Tel.: 610.251.5050
john.stoviak@saul.com
erin.westbrook@saul.com
kayleigh.keilty@saul.com
jim.morsch@saul.com