# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PENDLETON DIVISION

| | |
|---|---|
| MICHAEL PEARSON, JEFFREY FLEMING, JAMES SUTER, SILVIA SUTER, and JESSIE MOHEDANO on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>PORT OF MORROW; LAMB WESTON HOLDINGS, INC.; MADISON RANCHES, INC.; THREEMILE CANYON FARMS, LLC; PORTLAND GENERAL ELECTRIC COMPANY; and COLUMBIA RIVER PROCESSING, LLC,<br><br>                    Defendants | Case No. 2:24-cv-362-SI<br><br>**ORDER GRANTING JOINT MOTION TO STAY ACTION AS TO DEFENDANT MADISON RANCHES, INC. PENDING APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT** |

Having considered the Plaintiffs' and Madison Ranches, Inc.'s Joint Motion to Stay Action as to Defendant Madison Ranches, Inc. Pending Approval of Proposed Class Action Settlement, IT IS HEREBY ORDERED:

All proceedings, including all pending deadlines to respond to Madison Ranches, Inc.'s Motion to Dismiss (ECF 225), to respond to Plaintiffs' Motion for Class Certification (ECF 228), for discovery, for expert designations, and for all other matters as to Madison Ranches, Inc. shall be stayed in the instant action, pending consideration and approval of the proposed Class Action Settlement between the Parties.

In the event the Court ultimately does not approve the proposed Class Action Settlement or the Class Action Settlement is otherwise terminated, counsel for Plaintiffs and counsel for Madison Ranches, Inc. shall meet and confer regarding the resetting of all litigation deadlines

that were unexpired as of the date of this Order and shall submit a written report to the Court

regarding the status of that conferral within fourteen (14) days of any order declining to approve

the Class Action Settlement or any termination of the Class Action Settlement.


DATED this 12th day of August, 2026.

_____
UNITED STATES DISTRICT COURT JUDGE


*Presented by:*

/s/ *Steve W. Berman*
Steve W. Berman (*pro hac vice*)
Sydney K. Thomas (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
sydney.thomas@hbsslaw.com
Nathan Emmons (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 625-4949
nathane@hbsslaw.com

Michael A. Bliven, OSB No. 942510
BLIVEN LAW FIRM, PC
704 South Main
Kalispell, MT 59901
Telephone: (406) 755-6828
Facsimile:  (406) 755-6829
mike@blivenlawfirm.com

Robert F. Dwyer, III, OSB No. 984197
BLIVEN LAW FIRM, PC
202 North Main Street, Suite 1
Boardman OR 97818
Telephone: (406) 755-6828
Facsimile:  (406) 755-6829
rdwyer@blivenlawfirm.com

John Heenan (*pro hac vice*)
HEENAN & COOK
1631 Zimmerman Trail
Billings, MT 59102
Telephone: (406) 839-9091
Facsimile: (406) 839-9092
john@lawmontana.com

*Attorneys for Plaintiffs and the Proposed Class*


By: */s/ Kyle V. Miller*
Kyle V. Miller (admitted Pro Hac Vice)
kyle.miller@butlersnow.com
James H. Bolin (admitted Pro Hac Vice)
jay.bolin@butlersnow.com
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157
(601) 948-5711

Jennifer Gates, OSB No. 050578
jgates@pearllegalgroup.com
PEARL LEGAL GROUP, PC
529 SW Third Ave., Suite 600
Portland, Oregon 97204
(971) 808-5666

Jeffrey C. Misley, OSB No. 850674
jmisley@sussmanshank.com
Steven Cade, OSB No. 106466
scade@sussmanshank.com
SUSSMAN SHANK, LLP
1000 SW Broadway, Suite 1400
Portland, Oregon 97205
(503) 227-1111

*Attorneys for Madison Ranches, Inc.*


101860591.v1