# EXHIBIT A

HAGENS BERMAN

**Steve W. Berman** **steve@hbsslaw.com**

ATTORNEYS AT LAW

**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 SECOND AVENUE, SUITE 2000
SEATTLE, WA 98101

**hbsslaw.com**

(206) 268-9320 phone (206) 623-0594 fax

September 28, 2026

**VIA EMAIL**

Clifford S. Davidson (csdavidson@swlaw.com)
Drew L. Eyman (deyman@swlaw.com)
SNELL & WILMER LLP

Erin Westbrook (erin.westbrook@saul.com)
James A. Morsch (jim.morsch@saul.com)
John F. Stoviak (john.stoviak@saul.com)
Kayleigh T. Keilty (kayleigh.keilty@saul.com)
SAUL EWING LLP

*Attorneys for Defendant Threemile Canyon Farms, LLC*

Alex Charles Carroll (acarroll@schwabe.com)
Sara C. Cotton (scotton@schwabe.com)
Lawson E. Fite (lfite@schwabe.com)
SCHWABE, WILLIAMSON & WYATT

*Attorneys for Columbia River Processing, LLC*

Martha J. Payne (mpayne@beneschlaw.com)
Deana S Stein (dstein@beneschlaw.com)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP

*Attorneys for Third-Party Defendant Shearer's Foods, LLC*

Joshua M.F. Sasaki (josh.sasaki@millernash.com)
Trajan Perez (trajan.perez@millernash.com)
Fabio Dworschak (fabio.dworschak@millernash.com)
Adrian Anderson (adrian.anderson@millernash.com)
KC Hovda (kc.hovda@millernash.com)
Julian Marrs (julian.marrs@millernash.com)
Neal S. Shechter (neal.shechter@millernash.com)
MILLER NASH LLP

*Attorneys for Defendant Portland General Electric Company*

Amy Edwards (amy.edwards@stoel.com)
Misha Isaak (misha.isaak@stoel.com)
Ariel Stavitsky (areil.stavitsky@stoel.com)
Wade Charles Foster (wade.foster@stoel.com)
STOEL RIVES LLP

*Attorneys for Defendant Port of Morrow*

Victor Xu (vxu@martenlaw.com)
Albert P. Barker (abarker@martenlaw.com)
MARTEN LAW

*Attorneys for Third-Party Defendant J.R. Simplot Company, LLC*

Re: *Pearson, et al. v. Port of Morrow, et al.*
Case No. 2:24-cv-00362-SI

Dear Counsel:

We have engaged in mediation with three defendants and have had inquiries from other defendants and potential defendants about resolution.

We have decided that one mediator who has an extensive background in environmental cases, and comes from a defense firm so no defendant can say we picked a pro-plaintiff mediator, is a mediator we are willing to work with: Mark Scheinder.

We think it makes sense to have a global mediation session with any defendant or potential defendant and will offer November 12 as a date.

We anticipate an exchange of mediation statements separately with each defendant on a schedule set up by the mediator.

If you are interested, please let us know by the close of business on October 2, 2026

Sincerely,

HAGENS BERMAN SOBOL SHAPIRO LLP

Steve W. Berman

SWB:bs