Michael A. Bliven, OSB No. 942510
**BLIVEN LAW FIRM, PC**
704 S. Main
Kalispell, MT 59901
Telephone: (406) 755-6828
Facsimile: (406) 755-6829
mike@blivenlawfirm.com

Robert F. Dwyer, III, OSB No. 984197
**BLIVEN LAW FIRM, PC**
202 North Main Street, Suite 1
Boardman, OR 97818
Telephone: (406) 755-6828
Facsimile: (406) 755-6829
rdwyer@blivenlawfirm.com

John Heenan (*pro hac vice*)
**HEENAN & COOK, PLLC**
2224 Montana Avenue
Billings, MT 59101
Telephone: (406) 839-9091
Facsimile: (406) 839-9092
john@lawmontana.com

Steve W. Berman (*pro hac vice*)
Jerrod C. Patterson (*pro hac vice*)
Sydney K. Thomas (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
jerrodp@hbsslaw.com
sydney.thomas@hbsslaw.com

Nathan Emmons (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 625-4949
Facsimile: (708) 628-4950
nathane@hbsslaw.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PENDLETON DIVISION**

MICHAEL PEARSON, JEFFREY FLEMING, JAMES SUTER, SILVIA SUTER, and JESSIE MOHEDANO on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

PORT OF MORROW; LAMB WESTON, INC.; MADISON RANCHES, INC.; THREEMILE CANYON FARMS, LLC; PORTLAND GENERAL ELECTRIC COMPANY; and COLUMBIA RIVER PROCESSING, LLC,

Defendants

Case No. 2:24-cv-362-SI

**SUPPLEMENTAL DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, STEVE W. BERMAN, declare as follows:

1. I am a member of the Washington Bar and the Illinois Bar and am a founder and the national managing partner of Hagens Berman Sobol Shapiro, LLP. I, along with Heenan & Cook and Bliven Law Firm, PC, serve as Counsel for Plaintiffs Michael Pearson, Jeffrey Fleming, James Suter, Silvia Suter, and Jessie Mohedano in the above-captioned action.

2. I submit this Supplemental Declaration in support of the following briefs:

- Plaintiffs' Reply in Support of Plaintiffs' Motion for Class Certification;
- Plaintiffs' Reply to Defendant Columbia River Processing, LLC's Opposition to Plaintiffs' Motion for Class Certification (ECF No. 295);
- Plaintiffs' Reply to Defendant Portland General Electric Company's Opposition to Plaintiffs' Motion for Class Certification (ECF No. 275);
- Plaintiffs' Reply to Defendant Port of Morrow's Opposition to Plaintiffs' Motion for Class Certification (ECF No. 284);
- Plaintiffs' Reply to Defendant Threemile Canyon Farms, LLC's Opposition to Plaintiffs' Motion for Class Certification (ECF No. 288);
- Plaintiffs' Omnibus Opposition to Defendants' Joint Motion (ECF No. 293) and Defendant Portland General Electric Company's Motion (ECF No. 292) to Exclude the Testimony and Opinions of W. Richard Laton, Ph.D.;
- Plaintiffs' Opposition to Defendants' Joint Motion to Exclude Testimony and Opinions of Dr. Leslie Phillips (ECF No. 282);
- Plaintiffs' Motion to Exclude Testimony and Opinions of Scott Stephen;
- Plaintiffs' Motion to Exclude the Opinions of Lorin M. Hitt, Ph.D.

Based on personal knowledge or discussions with counsel in my firm and co-counsel of the matters stated herein, if called upon, I could and would competently testify thereto.

3. Attached hereto as Exhibit 42 is a true and correct copy of the Rebuttal Report of Dr. W. Richard Laton dated October 26, 2026.

4. Attached hereto as Exhibit 43 is a true and correct copy of the Second Corrected Report of Dr. Leslie Phillips dated July 31, 2026.

5. Attached hereto as Exhibit 44 is a true and correct copy of the Rebuttal Report of Dr. Leslie Phillips dated October 26, 2026.

6. Attached hereto as Exhibit 45 is a true and correct copy of excerpts from Defendant Columbia River Processing, LLC's Responses to Plaintiffs' First Combined Discovery Request dated April 16, 2026.

7. Attached hereto as Exhibit 46 is a document produced in this litigation as PORT_0000626386.

8. Attached hereto as Exhibit 47 is a document produced in this litigation as PORT_0000129974.

9. Attached hereto as Exhibit 48 is a document produced in this litigation as PORT_0000626386.

10. Attached hereto as Exhibit 49 is a document produced in this litigation as PORT_0000133004-05.

11. Attached hereto as Exhibit 50 is a true and correct copy of excerpts from the deposition transcript of Lorin M. Hitt, Ph.D. taken October 15, 2026.

12. Attached hereto as Exhibit 51 is a true and correct copy of excerpts from the deposition transcript of Scott Stephen taken October 14, 2026.

13. Attached hereto as Exhibit 52 is a true and correct copy of excerpts from the deposition transcript of W. Richard Laton, Ph.D. taken August 5, 2026.

14. Attached hereto as Exhibit 53 is a true and correct copy of excerpts from the deposition transcript of Leslie Phillips, Ph.D. taken August 4, 2026.

15. Attached hereto as Exhibit 54 is a true and correct copy of excerpts from the deposition transcript of Bruce Brody-Heine taken September 19, 2026.

16. Attached hereto as Exhibit 55 is a true and correct copy of excerpts from the deposition transcript of James Suter taken June 30, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 26th day of October, 2026 at Seattle, Washington.

*/s/ Steve W. Berman*
Steve W. Berman