Michael A. Bliven, OSB No. 942510
**BLIVEN LAW FIRM, PC**
704 South Main
Kalispell, MT 59901
Telephone: (406) 755-6828
Email: mike@blivenlawfirm.com

Robert F. Dwyer, III, OSB No. 984197
**BLIVEN LAW FIRM, PC**
202 North Main Street, Suite 1
Boardman, OR 97818
Telephone: (406) 755-6828
Email: rdwyer@blivenlawfirm.com

John Heenan (*pro hac vice*)
**HEENAN & COOK**
2224 Montana Avenue
Billings, MT 59101
Telephone: (406) 839-9091
Email: john@lawmontana.com

Steve W. Berman (*pro hac vice*)
Sydney K. Thomas (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com
sydney.thomas@hbsslaw.com

Nathan Emmons (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 625-4949
Email: nathane@hbsslaw.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PENDLETON DIVISION**

MICHAEL PEARSON, JEFFREY FLEMING, JAMES SUTER, SILVIA SUTER, and JESSIE MOHEDANO on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

PORT OF MORROW; LAMB WESTON HOLDINGS, INC.; MADISON RANCHES, INC.; THREEMILE CANYON FARMS, LLC; PORTLAND GENERAL ELECTRIC COMPANY; and COLUMBIA RIVER PROCESSING, LLC,

Defendants.

Case No. 2:24-cv-362-SI

**DECLARATION OF MICHAEL A. BLIVEN IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

I, MICHAEL A. BLIVEN, declare as follows:

1. I am a member of the Oregon Bar and the founder and a partner of Bliven Law Firm, PC.

2. I am Counsel for Plaintiffs in the above-captioned action. I submit this Declaration in Support of Joint Motion for Preliminary Certification of Settlement Class, for Appointment of Settlement Class Counsel, and for Preliminary Approval of Settlement. Based on personal knowledge or discussions with counsel in my firm of the matters stated herein, if called upon, I could and would competently testify thereto.

3. I am a graduate of the Willamette University College of Law. I have been admitted to practice law in Oregon since 1994 and in Montana since 2002.

4. I have represented injured parties and consumers since 1994.

5. I joined Anderson & Bliven, P.C. as a shareholder in 2002. That firm became Bliven Law Firm, P.C. in 2018. Bliven Law Firm has offices in Boardman, Oregon and Kalispell, Montana.

6. I have represented individuals and government entities in class action and mass tort lawsuits in Oregon and Montana, and am a member of multiple professional and legal organizations, including the American Association for Justice and the Montana Trial Lawyers Association.

7. In 2022, I began gathering information regarding nitrate contamination in the Lower Umatilla Basin Groundwater Management Area (LUBGWMA) by talking to local residents, reading news reports, making public records requests, and analyzing publicly available information regarding nitrate contamination in the area.

8. In December 2022, my firm began serving Oregon Tort Claims Act and Resource Conservation and Recovery Act notices against entities responsible for nitrate contamination in the LUBGWMA on behalf of multiple clients in the LUBGWMA. In 2024, my firm, along with Hagens Berman Sobol Shapiro LLP and Heenan & Cook, filed suit in the District of Oregon against several of those entities.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of November, 2026 at Kalispell, Montana.

*/s/ Michael A. Bliven*
Michael A. Bliven