Michael A. Bliven, OSB No. 942510
mike@blivenlawfirm.com
BLIVEN LAW FIRM, PC
704 South Main
Kalispell, MT 59901
Telephone: (406) 755-6828
Facsimile: (406) 755-6829

Robert F. Dwyer, III, OSB No. 984197
rdwyer@blivenlawfirm.com
BLIVEN LAW FIRM, PC
202 North Main Street, Suite 1
Boardman, OR 97818
Telephone: (406) 755-6828
Facsimile: (406) 755-6829

John Heenan (pro hac vice)
john@lawmontana.com
HEENAN & COOK
1631 Zimmerman Trail
Billings, MT 59102
Telephone: (406) 839-9091
Facsimile: (406) 839-9092

Steve W. Berman (pro hac vice)
steve@hbsslaw.com
Sydney K. Thomas (pro hac vice)
sydney.thomas@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Nathan Emmons (pro hac vice)
nathane@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 625-4949

*Attorneys for Plaintiffs and the Proposed Class*

Kyle V. Miller (admitted pro hac vice)
kyle.miller@butlersnow.com
James H. Bolin (admitted pro hac vice)
jay.bolin@butlersnow.com
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157
Telephone: (601) 948-5711

Jennifer L. Gates, OSB No. 050578
jgates@pearllegalgroup.com
PEARL LEGAL GROUP, P.C.
529 SW Third Ave., Suite 600
Portland, OR 97204
Telephone: (971) 808-5666
Fax: (503) 445-1270

Jeffrey C. Misley, OSB No. 850674
jmisley@sussmanshank.com
Steven Cade, OSB No. 106466
scade@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205
Telephone: (503) 227-1111

*Attorneys for Defendant Madison Ranches, Inc.*

Bruno Jagelski, OSB No. 903049
bjagelski@yturrirose.com
YTURRI ROSE, LLP
89 S.W. 3rd Avenue PO Box S
Ontario, OR 97914
Telephone: (541) 889-5368
Facsimile: (541) 889-2432

Amanda Groves (*pro hac vice*)
Amanda.Groves@winstontaylor.com
Jeff Wilkerson (*pro hac vice*)
Jeffrey.Wilkerson@winstontaylor.com
Nathan R. Gilbert (*pro hac vice*)
Nathan.Gilbert@winstontaylor.com
WINSTON TAYLOR LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1851
Facsimile: (213) 615-1750

*Attorneys for Lamb Weston Holdings, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PENDLETON DIVISION**

MICHAEL PEARSON, JEFFREY FLEMING, JAMES SUTER, SILVIA SUTER, and JESSIE MOHEDANO on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

PORT OF MORROW; LAMB WESTON HOLDINGS, INC.; MADISON RANCHES, INC.; THREEMILE CANYON FARMS, LLC; PORTLAND GENERAL ELECTRIC COMPANY; and COLUMBIA RIVER PROCESSING, LLC,

Defendants.

Case No. 2:24-cv-00362-SI

**JOINT STIPULATION AND ORDER RE EFFECT OF BAR ORDER AND PARTIAL RESOLUTION OF LAMB WESTON'S OBJECTION TO SETTLEMENT**

**JOINT STIPULATION REGARDING EFFECT OF BAR ORDER AND PARTIAL RESOLUTION OF LAMB WESTON'S OBJECTION TO SETTLEMENT**

Plaintiffs Michael Pearson, James Suter, Silvia Suter, Jeffrey Fleming, and Jessie Mohedano, on behalf of themselves and a putative class of similarly situated individuals

("Plaintiffs"), Defendant Madison Ranches, Inc. ("Madison") and Defendant Lamb Weston, Inc. ("Lamb Weston") enter the following joint stipulation (the "Stipulation"):

WHEREAS, Plaintiffs are the plaintiffs in this action;

WHEREAS, Madison is one of several defendants in this action;

WHEREAS, Lamb Weston is another of the several defendants in this action;

WHEREAS, Plaintiffs, on behalf of a proposed settlement class, and Madison have entered into a settlement agreement related to this action (the "Madison Settlement"), which this Court has preliminarily approved, and which is set for a final approval hearing on March 22, 2027;

WHEREAS, the Madison Settlement requires the parties to the Madison Settlement to seek, as part of the final-approval motion, the bar order described in Section XI.B.3 therein (the "Bar Order");

WHEREAS, Lamb Weston objected to preliminary approval of the Madison Settlement in part on the grounds that the Bar Order contemplated by the Madison Settlement could be interpreted to preclude Lamb Weston or its affiliates, predecessors, successors, or assigns from pursuing Madison's insurers for coverage, defense, or indemnity,

WHEREAS, Lamb Weston would so object to final approval of Madison Settlement as well;

WHEREAS, Plaintiffs and Madison agree that the Bar Order contemplated by Section XI.B.3 of the Madison Settlement is not and was not intended to preclude or otherwise limit Lamb Weston or any of its affiliates, predecessors, successors, or assigns from pursuing a claim against any insurer of Madison for coverage, defense, or indemnity under any insurance policy issued to Madison;

WHEREAS, Plaintiffs, Madison and Lamb Weston have agreed to resolve that aspect of Lamb Weston's objection to the Madison Settlement subject to the Court's entry of this stipulation;

NOW, THEREFORE, it is hereby stipulated and agreed by and among Plaintiffs, Madison and Lamb Weston as follows:

1. The Bar Order contemplated by Section XI.B.3 of the Madison Settlement is not and was not intended to preclude or otherwise limit Lamb Weston or any of its affiliates, predecessors, successors, or assigns from pursuing any claim against any insurer of Madison for coverage, defense, or indemnity under any insurance policy issued to Madison, whether as an additional insured or otherwise.
2. Notwithstanding any other possible interpretation of the language of the Bar Order, if the Bar Order is entered by the Court, whether in the exact form contemplated by the Madison Settlement or otherwise, it shall not be understood or interpreted by the Court or any other person or body to preclude or otherwise limit Lamb Weston or any of its affiliates, predecessors, successors, or assigns from pursuing a claim against any insurer of Madison for coverage, defense, or indemnity under any insurance policy issued to Madison, whether as an additional insured or otherwise.
3. The parties request and stipulate that the Court enter this Stipulation as an Order of the Court and that such order shall govern the interpretation of the Bar Order at all times, both before this Court and any other person or body.

Respectfully submitted,

By: */s/ Steve W. Berman*

Steve W. Berman (pro hac vice)
steve@hbsslaw.com
Sydney K. Thomas (pro hac vice)
sydney.thomas@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Nathan Emmons (pro hac vice)
nathane@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 625-4949

Michael A. Bliven, OSB No. 942510
mike@blivenlawfirm.com
BLIVEN LAW FIRM, PC
704 South Main
Kalispell, MT 59901
Telephone: (406) 755-6828
Facsimile: (406) 755-6829

Robert F. Dwyer, III, OSB No. 984197
rdwyer@blivenlawfirm.com
BLIVEN LAW FIRM, PC
202 North Main Street, Suite 1
Boardman, OR 97818
Telephone: (406) 755-6828
Facsimile: (406) 755-6829

John Heenan (pro hac vice)
john@lawmontana.com
HEENAN & COOK
1631 Zimmerman Trail
Billings, MT 59102
Telephone: (406) 839-9091
Facsimile: (406) 839-9092

*Attorneys for Plaintiffs and the Proposed Class*

By: /s/ Kyle V. Miller
Kyle V. Miller (admitted pro hac vice)
kyle.miller@butlersnow.com
James H. Bolin (admitted pro hac vice)
jay.bolin@butlersnow.com
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157
Telephone: (601) 948-5711

Jennifer L. Gates, OSB No. 050578
jgates@pearllegalgroup.com
PEARL LEGAL GROUP, P.C.
529 SW Third Ave., Suite 600
Portland, OR 97204
Telephone: (971) 808-5666
Fax: (503) 445-1270

Jeffrey C. Misley, OSB No. 850674
jmisley@sussmanshank.com
Steven Cade, OSB No. 106466
scade@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205
Telephone: (503) 227-1111

*Attorneys for Defendant Madison Ranches, Inc.*

By: /s/ Bruno Jagelski
Bruno Jagelski, OSB No. 903049
bjagelski@yturrirose.com
YTURRI ROSE, LLP
89 S.W. 3rd Avenue PO Box S
Ontario, OR 97914
Telephone: (541) 889-5368
Facsimile: (541) 889-2432

Amanda Groves (*pro hac vice*)
Amanda.Groves@winstontaylor.com
Jeff Wilkerson (*pro hac vice*)
Jeffrey.Wilkerson@winstontaylor.com Nathan R. Gilbert (*pro hac vice*)
Nathan.Gilbert@winstontaylor.com
WINSTON TAYLOR LLP
333 South Grand Avenue, 38th Floor

Los Angeles, CA 90071
Telephone: (213) 615-1851
Facsimile: (213) 615-1750

*Attorneys for Lamb Weston Holdings, Inc.*

**So ORDERED** on November 17, 2026.

By: ______________________________

Hon. Michael H. Simon

United States District Judge